Name, Address and Telephone Number of Attorney(s) Debtor In Pro Per
Kalra Law Firm
23720 Arlington Ave, Ste 5
Torrance, CA 90501

310-325-9012

[x] Attorney for Debtor(s)   (If applicable) Attorney's
[ ] Debtor In Pro Per    State Bar ID No.: 134312

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

List all names, including trade names, used by Debtor(s) within the last 6 years:
James Parra/
Teodora Parra

Chapter 13
Case No. 2:10-bk-18680EC

Social Security No. 4710 _____ Debtor
Social Security No. 0288 _____ Joint Debtor
Debtor(s) EIN No. _____

APPLICATION FOR SUPPLEMENTAL FEES:
TRUSTEE'S RECOMMENDATION AND ORDER THEREON

TO THE HONORABLE BANKRUPTCY JUDGE:
Applicant is counsel of record for the above-named Debtor(s) who is under a confirmed Chapter 13 Plan. Fees were awarded for confirmation in the amount of $ 4,000.00 . Supplemental fees have been awarded as follows 0.00 , 0.00 , 0.00 , 0.00 , 0.00 . Total fees awarded to date 0.00 . Additional pending supplemental fee applications amount to 0.00 .

Since confirmation of said Plan, Applicant has performed certain extraordinary services at the request of the Debtor as follows: (Itemize time spent. If more space is needed, attach second sheet.)

| DATE | ACTIVITY | HOURS |
|---|---|---|
| 3/26/10-11/18/2010 | Please refer to itemized statement | 19.65 |

The reasonable value of said services is $ 5,445.00 , of which $ 0.00 has been paid.
WHEREFORE, your Applicant prays that an allowance be made in the sum of $ 0.00 .
Dated: 12/6/10       Madhu Kalra
                     Attorney for Debtor

The undersigned Chapter 13 Trustee, having reviewed the foregoing Application for Supplemental Fees, recommends:
[ ] RECOMMENDED   [ ] NO POSITION TAKEN BY THE TRUSTEE   [ ] NOT RECOMMENDED for the following reasons:
_____

[ ] SET FOR HEARING

Dated: _____       _____
                                     Chapter 13 Trustee

## ORDER

Based on the foregoing application and the court having considered the recommendation of the Chapter 13 Trustee, it is

[ ] ORDERED that the sum of $ 0.00 is hereby allowed Applicant as compensation for extraordinary services referred to in the above application, and the Trustee is directed to pay the unpaid balance of $ 0.00 , from the estate of the Debtor as funds permit; or:

[ ] ORDERED that Applicant calendar the Application for Supplemental Fees for hearing before the undersigned bankruptcy judge and that applicant give appropriate notice to debtors and the Chapter 13 Trustee of such hearing.

Dated: _____
                                     United States Bankruptcy Judge

BK-005

Professional Fees Statement For Madhu Kalra(MK)

Debtor: Ch James Parra            Case # 2: 10-18680-EC

| Name | Type | Hourly Rate | Date | Hours | Amt. | Description |
|---|---|---|---|---|---|---|
| MK | Atty | 300.00 | 3/26/2010 | 3.25 | $975.00 | Preparation of Adversary complaint |
| MK | Atty | 300.00 | 4/6/2010 | 0.25 | $75.00 | Review of Summons, status hearing and scheduling order |
| MK | Paralegal | 80.00 | 4/6/2010 | 1.5 | $120.00 | Service of Complaint with scheduling order & ntc of status hearing |
| MK | Atty | 300.00 | 4/27/2010 | 0.5 | $150.00 | Preparation of proof of service |
| Mk | Atty | 300.00 | 5/19/2010 | 1 | $300.00 | Prep. Of Request for entry of default |
| MK | Atty | 300.00 | 6/9/2010 | 1 | $300.00 | Preparation of status report |
| MK | Atty | 300.00 | 6/10/2010 | 3.25 | $975.00 | Preparation of Motion for default judgment |
| Mk | Atty | 300.00 | 6/10/2010 | 2.25 | $675.00 | Court Appearance including travel time |
| MK | Atty | 300.00 | 7/1/2010 | 0.66 | $198.00 | Declaration of Madhu kalra in support of entry of default |
| MK | Atty | 300.00 | 7/13/2010 | 1 | $300.00 | Preparation of proposed default judgment with proof of service |
| Mk | Atty | 300.00 | 8/10/2010 | 0.16 | $48.00 | Call to and from clerk re: setting of Hearing |
| MK | Atty | 300.00 | 8/12/2010 | 0.67 | $201.00 | Notice of Hearing re: Pts motion for Default Judgment |
| MK | Atty | 300.00 | 9/16/2010 | 2.00 | $600.00 | Court Appearance including travel time |
| MK | Atty | 300.00 | 9/19/2010 | 0.50 | $150.00 | Research re: Countrywide and BAC Chain of title, Loan |
| MK | Atty | 300.00 | 9/19/2010 | 0.50 | $150.00 | Misc. e-mails and phone message to client re: Loan Q's |
| MK | Atty | 300.00 | 9/24/2010 | 0.66 | $198.00 | Preparation of supplemental declaration of M.Kalra |
| Mk | Atty | 300.00 | 11/18/2010 | 0.50 | $150.00 | Proof of service re: default judgment entered |
| | | | | | | case coversheetFunding Services, filing and service. |
| | | | Total | 19.65 | $5,565.00 | |

Billable Hours
Atty                18.15X300                    $5,445.00
Professional fees total                $5,445.00                                    $5,445.00
Costs & postage
    Copies    533X$0.15                    $79.95
    Parking                        $8.00
    Postage                        $50.35
Total Cost                                            $138.30
Total Due                                            $5,583.30